**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:08-CV-28-R**

VICKI HURLEY                                                                                          PLAINTIFF

V.

JEFFREY W. BYASSEE, ET AL.                                                              DEFENDANTS

**O R D E R**

A telephonic conference was held on July 29, 2009.

Appearances:
For the plaintiff:        Kerry D. Smith
For the defendants:   James B. Brien

**IT IS ORDERED.**

1. The Motion to Continue (Docket #32) is **granted**. The jury trial set on September 10, 2009 is **VACATED**. The final pretrial conference set on August 14, 2009 is **VACATED**.

2. The jury trial is set on **December 10, 2009 at 9:00 a.m.** Counsel shall meet in chambers at 8:30 a.m.

3. A **telephonic final pretrial conference** is set on **November 13, 2009 at 11:30 a.m.** The Court will place the call to counsel.

cc:    Counsel

0 | 15